Ex PARTE, JAMES R. BEVERLEY, peticionario.—Admisión al ejercicio de la abogacía sin examen. Jul. 8, 1926. Examinados los hechos alegados por el peticionario a la luz de la sección 10 de la Ley No. 38 de 1916 invocada por el mismo, *no ha lugar* a admitirlo al ejercicio de la abogacía sin previo examen.

No. 2793.—EL PUEBLO, apldo., *v.* LÓPEZ VÉLEZ, aplte.—C. D. Arecibo. Julio 8, 1926.

POR CUANTO, de acuerdo con el artículo 298 del Código de Enjuiciamiento Criminal, esta corte, en ausencia del juez que conoció del caso, tiene facultad para aprobar un pliego de excepciones;

POR CUANTO, el apelante ha obtenido una transcripción de la evidencia de conformidad con la Ley No. 4 de 1925, leyes de ese año, página 109;

POR CUANTO, el Juez de Distrito de Arecibo ante quien se celebró el juicio se halla ausente;

POR CUANTO, la transcripción está certificada por el taquígrafo oficial y en la vista del procedimiento sobre aprobación celebrada el día 6 del corriente el Fiscal manifestó que no tenía objeción alguna que hacer a la aprobación;

POR TANTO, en virtud de nuestro poder judicial general y también, por analogía, del artículo 298 del Código de Enjuiciamiento Criminal, se aprueba la dicha transcripción de evidencia.